IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02195-LTB-CBS

VACATION TRAVEL INTERNATIONAL, INC.,

    Plaintiff,

v.

SUNCHASE BEACHFRONT CONDOMINIUM OWNERS ASSOCIATION, INC.,
a foreign corporation;

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Defendant's Motion for Sanctions for Spoliation of Evidence (*doc. no. 55*) is **DENIED**, without prejudice, for failure to comply with D.C.COLOL.CIVR. 7.1A and this court's individual practice rule regarding discovery motions.

**DATED:**    March 24, 2008