# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action: 06-cv-02195-LTB-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:  May 19, 2008** | **Courtroom Deputy:** Ben Van Dyke |

VACATION TRAVEL INTERNATIONAL, INC.,          Michael J. Ogborn

    **Plaintiff,**

v.

SUNCHASE BEACHFRONT CONDOMINIUM          Leah E. Capritta
OWNERS ASSOCIATION, INC.,

    **Defendant.**

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:      8:32 a.m.**
Court calls case.  Appearances of counsel.  Representative for plaintiff, James Moldane, is present for the hearing.

Counsel present arguments regarding the Motion for Sanctions for Spoliation of Evidence [filed March 31, 2008; doc. 58].

**ORDERED:   The Motion for Sanctions for Spoliation of Evidence [filed March 31, 2008; doc. 58] is taken under advisement.**

HEARING CONCLUDED.

**Court in recess:        10:02 a.m.**
Total time in court:    01:30